Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

No. 01-____-_____-CR

| | | |
|---|---|---|
| _____ | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,


_____
Pro se Appellant
_____ Unit,TDCJ # _____
_____, Texas _____


### Certificate of Service

This is to certify that on _____, a true and correct copy of the above and foregoing document was served by mail on the Harris County District Attorney's Office at 1201 Franklin Street #600, Houston, Texas 77002.


_____
Pro se Appellant